## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Charles L. Wade,
  Plaintiff/Petitioner

v.        Case No.   1:11-cv-590

Hamilton County
Prosecutor's Office, et al.,
  Defendants/Respondents

# ORDER

  This matter is before the Court on the Magistrate Judge's Report and Recommendation filed November 7, 2011 (Doc. 7).

  Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner.  See United States v. Walters, 638 F.2d 947 (6th Cir. 1981).   As of the date of this Order, no objections to the Magistrate Judge's Report and Recommendation have been filed.

  Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

  Accordingly,  it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**.   Plaintiff's/Petitioner's complaint/petition is dismissed with prejudice.

  This Court certifies that pursuant to 28 U.S.C. § 1915(a) an appeal of this Order would not be taken in good faith, and therefore DENIES plaintiff/petitioner leave to appeal in forma pauperis.  See Callihan v. Schneider, 178 F.3d 800, 803 (6th Cir.

1999), overruling in part *Floyd v. United States Postal Serv.,* 105 F.3d 274, 277 (6th Cir. 1997).


Date: November 28, 2011                    s/Sandra S. Beckwith
                                                                            Sandra S. Beckwith, Senior Judge
                                                                            United States District Court